RECEIVED
NOV -3 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS PRIER, SR., <br> Appellant | CIVIL ACTION <br> NO. 1:09-CV-01800 |
| VERSUS | |
| MICHAEL ASTRUE, COMMISSIONER <br> OF SOCIAL SECURITY, <br> Appellee | JUDGE DEE D. DRELL <br> MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Prier's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 3RD day of November, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE